# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Campos Izquierdo Lazaro,

Petitioner,

v.

Luis Rosa, Jr., et al.,

Respondents.

**NO. CV-26-02363-PHX-JJT (DMF)**

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed April 20, 2026, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is granted at to is Zadvydas claim. Judgment is entered in favor of Petitioner and this action is hereby dismissed.

Debra D. Lucas
District Court Executive/Clerk of Court

April 20, 2026

By   s/ E. Aragon
     Deputy Clerk